```
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/2/2018
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------

MOHAMMAD ALBQOWR,

                Plaintiff,

      - against -

HARLEM FURNITURE CORP.,

                Defendant.

------------------------------------------------------

18 Civ. 6720 (JGK)

ORDER

**JOHN G. KOELTL, District Judge:**

In a letter to the Court dated September 30, 2018, counsel for the plaintiff stated that the plaintiff has asked to withdraw his claim against the defendant. (Dkt. No. 7.) In a further letter dated October 12, 2018, counsel for the plaintiff reiterated that he was requesting on behalf of his client to withdraw the case without prejudice. (Dkt. No. 9.) Plaintiff's counsel also represents that he is not asserting a charging lien against the proceeds of this matter. (Dkt. No. 9.) The summons and complaint were never served in this action and the defendant has not appeared. The plaintiff's request to withdraw this action without prejudice is unopposed. Therefore, the plaintiff's request to withdraw this action without prejudice is **granted**. See Fed. R. Civ. Pro. 41(a)(1).

The Clerk of Court is directed to dismiss this action without prejudice. The Clerk is also directed close all open motions and to close this case.

**SO ORDERED.**

Dated:   New York, New York
         November 2, 2018

                                    _____
                                    John G. Koeltl
                                    **United States District Judge**